JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| **VERNON RISBY**, | Case No. SACV 16-02275 AG (JCGx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| **JEH JOHNSNON et al.**, | |
| Defendants. | |

The Court enters judgment for Defendants and against Plaintiff.

Dated November 27, 2017

Hon. Andrew J. Guilford
United States District Judge

JUDGMENT